**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| RAYMOND BERNUCHO * | |
| * | |
| PLAINTIFF * | |
| VS. * | CIVIL ACTION NO. _____ |
| * | |
| * | COMPLAINT AND |
| HEALTH PROFESSIONALS RECOVERY * | DEMAND FOR A JURY TRIAL |
| SPECIALISTS, L.L.C. * | |
| DEFENDANT * | |

**COMPLAINT**

I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices, and to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged.

II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

III. PARTIES

3. Plaintiff, Raymond Bernucho ("Mr. Bernucho" or "plaintiff"), is a natural person who resides in East Baton Rouge Parish and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Health Professionals Recovery Specialists, L.L.C. (hereinafter referred to as "HPRS" or "defendant") is a domestic limited liability company authorized to do and

doing business in the state of Louisiana, whose registered agent for service of process is Brian Grubb in care of Sullivan Stolier Kovata Knight, LLC, 909 Poydras Street, Suite 2600, New Orleans, LA 70112.  HPRS, at all times relevant hereto, regularly attempted to collect debts alleged to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5.     On or about May 27, 2013, defendant mailed or caused to be mailed a letter to Mr. Bernucho attempting to collect an alleged debt owed to Radiology Associates in the amount of $234.00, a copy of which is attached hereto and incorporated herein.

6.     This was the first written communication by defendant to Mr. Bernucho regarding this alleged debt.

7.     This alleged debt was for medical services rendered to Mr. Bernucho and therefore were solely for personal purposes.

8.     Defendant attempts to collect thousands of defaulted accounts from consumers such as Mr. Bernucho every year.

9.     The May 27, 2013 letter includes language purporting to comply with section 1692g(a)(3)( and (4) of the FDCPA, as follows:

> Unless you notify this office of your dispute within thirty days after receiving this notice, we will assume this debt is valid.  If you notify this office in writing within thirty days we will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

10.    This language did not comply with section 1692g(a)(3)( and (4) of the FDCPA because it failed to state that Mr. Bernucho could dispute a portion of the debt.

11.    The letter also states that "Unless this balance is settled, you could face...Legal

action against you...[and] Reporting of this past due balance to the IRS as taxable income."

12. These statements are deceptive and misleading since there have been no payments on this alleged debt by Mr. Bernucho and no lawsuit has been filed, nor is there any requirement to report nonpayment of ths alleged debt to the IRS as taxable income.

## DEFENDANT'S PRACTICES

13. Defendant violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), 1692e(10), and 1692g(a)(3) and (4).

14. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, and emotional distress, for which he should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully requests that the Court grant the following relief in his favor and against Defendant Health Professionals Recovery Specialists, L.L.C. for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
    **GARTH J. RIDGE**
    Attorney for Plaintiff
    Bar Roll Number: 20589
    251 Florida Street, Suite 301
    Baton Rouge, Louisiana 70801
    Telephone Number: (225) 343-0700
    Facsimile Number: (225) 343-7700
    E-mail: GarthRidge@aol.com