# GARTH J. RIDGE
ATTORNEY AT LAW
TAYLOR OFFICE BUILDING
251 FLORIDA STREET, SUITE 301
BATON ROUGE, LA 70801

TEL: (225) 343-0700
FAX: (225) 343-7700

July 2, 2014

Judge Shelly D. Dick
United States District Court
Middle District of Louisiana
777 Florida Street
Baton Rouge, Louisiana 70801

    Re:    Raymond Bernucho vs. Health Professional Recovery Specialists, LLC
           Number: 3:14-cv-308-SDD-RLB
           United States District Court for the Middle District of Louisiana

Dear Judge Dick:

    I am notifying the court that a settlement has been reached in this matter but not consummated.

    If you have any questions with regard to the above, please do not hesitate to contact me.

    With warm professional regards and courtesies, I remain

Sincerely,

Garth J. Ridge

GJR/pkt
cc:    Mr. Raymond Bernucho
       Mr. Michael Meunier, Esquire
       Mr. Nick Lorio
       Magistrate Judge Richard L. Bourgeois